IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL DAVID WILSON, JR , | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00145-MTT-CHW |
| | * |
| JOSEPH GRANTHAM, et al., | |
| | * |
| Defendant. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated May 7, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 7th day of May, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk